**Opinion issued April 30, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-23-00669-CV

_____

## IN RE JAY MANAGEMENT COMPANY, LLC, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Jay Management Company, LLC, challenges the trial court's denial of its motion to transfer venue.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

### PER CURIAM

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.

---

[1] The underlying case is *Miriam Gonzalez, et al. v. Jay Management Company, LLC*, cause number 2023-28694, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.